```
STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
MICHELLE LO (NYBN 4325163)
Assistant United States Attorney
       450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
       Telephone: (415) 436-7180
       Facsimile:  (415) 436-7169
       E-mail: Michelle.Lo@usdoj.gov

Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER TODD WILLIAMS,<br><br>       Plaintiff,<br><br>   v.<br><br>LAWRENCE LIVERMORE NATIONAL SECURITY, LLC, et al.,<br><br>       Defendants. | CASE NO. 20-cv-3510 JCS<br><br>**UNITED STATES OF AMERICA'S CORRECTED NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED] ORDER**<br><br>**FILED UNDER SEAL** |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America hereby notifies the Court of its decision not to intervene in this action.

While a *qui tam* relator is generally permitted to maintain the action in the name of the United States following a declination, *see* 31 U.S.C. § 3730(b)(4)(B), we respectfully refer the Court to *United States ex rel. Stoner v. Santa Clara County Office of Education*, 502 F.3d 1116, 1127 (9th Cir. 2007), in which the Court held that a *pro se* relator "cannot prosecute a *qui tam* action on behalf of the United States" under the False Claims Act.  Accordingly, in this case, we respectfully suggest that the Court dismiss the relator's First Cause of Action under the False Claims Act unless the relator obtains counsel within 30 days of the date of the Court's Order.

UNITED STATES OF AMERICA'S CORRECTED NOTICE OF ELECTION TO DECLINE INTERVENTION;
[PROPOSED] ORDER
No. 20-3510-JCS

In its June 10, 2020, Order, the Court noted that the United States may "file a statement addressing whether any other government interest requires Williams's complaint—which concerns nuclear weapons research—to remain under seal." ECF No. 4.  The United States respectfully refers the Court to the U.S. Department of Energy's Classification Bulletin dated September 23, 2014, "GEN-16 Revision 2: 'No Comment' Policy on Classified Information in the Open Literature."[1]  *See* https://www.energy.gov/sites/default/files/2016/05/f31/GEN-16-Rev2-09-23-2014-with-memo.pdf.  As set forth in GEN-16, "[a]uthorized users of [Restricted Data] and [Formerly Restricted Data] shall not confirm or expand upon the classification status or technical accuracy of classified information in the public domain." *Id.* § IV.a.  Consistent with this policy, the United States has no comment on the classification status or technical accuracy of any of the allegations in the complaint.

In light of the nature of the allegations in the complaint, which may potentially implicate the policy considerations undergirding GEN-16, the United States respectfully requests that the Court (1) maintain the seal over the complaint and (2) order the Plaintiff to file, within two weeks of the Court's Order, a redacted version of the complaint with Section VIII, Factual Background, Paragraphs 19-55, redacted.  The United States will then seek an order unsealing the redacted version of the Complaint, as well as certain other papers filed in this action.

DATED: May 5, 2021                    Respectfully submitted,

                                                      STEPHANIE M. HINDS
                                                      Acting United States Attorney

                                                      /s/ *Michelle Lo*
                                                      MICHELLE LO
                                                      Assistant United States Attorney

---

[1] This notice has been corrected to refer to the most recent version of Classification Bulletin GEN-16.

UNITED STATES OF AMERICA'S CORRECTED NOTICE OF ELECTION TO DECLINE INTERVENTION;
[PROPOSED] ORDER
No. 20-3510-JCS

2

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED THAT:

1. The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules that, unless the relator obtains counsel and counsel files a notice of appearance within 30 days of the date of this Order, the relator's cause of action under the False Claims Act will be dismissed pursuant to *United States ex rel. Stoner v. Santa Clara County Office of Education*, 502 F.3d 1116, 1127 (9th Cir. 2007).

2. Within two weeks of this Order, Plaintiff is directed to file a redacted version of the complaint with Section VIII, Factual Background, Paragraphs 19-55, redacted.

Dated: _____

HON. JOSEPH C. SPERO
Chief Magistrate Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of:

**UNITED STATES OF AMERICA'S CORRECTED NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED] ORDER**

to be served this date upon the party(ies) as follows:

Peter Todd Williams
256 Fir Street
San Carlos, CA 94070-2123

√ BY FIRST CLASS MAIL, by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this offices practice.

___ BY PERSONAL SERVICE (MESSENGER)

___ FEDERAL EXPRESS

___ FACSIMILE, (FAX) Telephone No.:

√ BY E-MAIL: I caused each such document to be sent by email to the person or offices of each address above: peter.todd.williams@protonmail.ch

___ CERTIFIED MAIL, by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: May 5, 2021               /s/ *Tina Louie*
                                 TINA LOUIE
                                 Legal Assistant

CERTIFICATE OF SERVICE
No. 20-3510-JCS