25 June 2021

From:  Peter Todd Williams
         pro se plaintiff, 20-cv-03510 JCS

To:    Susan Y. Soong
       Clerk, United States District Court
       Northern District of California

RECEIVED

JUN 28 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Re:   Clerk's Notice Regarding Summons, of June 14, 2021

Dear Ms. Soong,

    I was a bit confused how to complete the proposed summons you sent me. I also tried doing it online, but had troubles there as well. I am sending you this hardcopy now, and will try online again later. I hope I have done it correctly; if not, then apologies, and please do let me know.

Sincerely,

*[signature]*

Peter Todd Williams

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

)
)
)
Peter Todd Williams )
*Plaintiff(s)* )
)
v. )   Civil Action No. 20-cv-03510-JCS
)
Lawrence Livermore National )
Security, LLC, et al. )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Lawrence Livermore National Security, LLC
2300 First St., Suite 203
Livermore, CA  94550

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____   _____
                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Peter Todd Williams
plaintiff, 20-cv-03510 JCS
256 Fir Street
San Carlos, CA 94070

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA
94102