UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER TODD WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>LAWRENCE LIVERMORE NATIONAL SECURITY, LLC, et al.,<br><br>    Defendants. | Case No. 20-cv-03510-JCS<br><br>**ORDER REGARDING MOTION TO EXTEND TIME TO ANSWER**<br><br>Re: Dkt. No. 45 |

Defendant Lawrence Livermore National Security, LLC ("LLNS") moves to extend the deadline for its answer to Plaintiff Peter Todd Williams's complaint from October 11, 2021 "until 45 days after the Court resolves LLNS's motion to strike under Rule 12(f)," which LLNS intends to file on October 11th. *See* dkt. 45.

LLNS filed its motion on October 6th. Under this Court's local rules, Williams has four days to file a response. But because October 10th is a Sunday and October 11th is a holiday on which the Court is closed, the deadline for Williams's response is October 12th—one day after the deadline LLNS seeks to extend. If the Court were to wait for Williams's response before taking action, and LLNS did not file an answer by October 11th, LLNS would be in default.

Accordingly, to allow time for Williams to file the response allowed by the local rules, the deadline for LLNS's answer is provisionally CONTINUED to October 18, 2021. The Court will resolve the motion to extend time before that date.

LLNS is admonished that, absent exigent circumstances, motions to extend time should be filed well in advance of the deadlines at issue.

    **IT IS SO ORDERED.**

Dated: October 7, 2021

                                                      JOSEPH C. SPERO
                                                    Chief Magistrate Judge