UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER TODD WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAWRENCE LIVERMORE NATIONAL SECURITY, LLC, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-03510-JCS<br><br>**ORDER UNSEALING REDACTED COMPLAINT EFFECTIVE NOVEMBER 8, 2021** |

On September 21, 2021, in order to complete the public record, the Court filed a redacted version of Plaintiff Peter Todd Williams's now-superseded original complaint that had been submitted earlier but inadvertently not filed at that time. Dkt. 41. Defendant Lawrence Livermore National Security, LLC ("LLNS") moved to seal portions of that redacted complaint to allow it time to complete discussions with the National Nuclear Security Administration as to whether those portions must remain under seal. Dkt. 42. The Court granted that motion on a provisional basis and sealed the redacted complaint through October 26, 2021 to allow those consultations to continue, concluding as follows:

> If LLNS determines that any actual (rather than merely possible) confidentiality interest supports sealing this material, it may file a new motion before that date. Otherwise, the Court will order Williams's version of the redacted complaint unsealed.

Dkt. 44. That deadline has passed and no renewed sealing motion has been filed.[1] The redacted complaint (dkt. 41-2) will therefore be unsealed without further order on November 8, 2021 if no renewed motion is filed before that date.

**IT IS SO ORDERED.**

Dated: October 28, 2021

JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] The United States, which is not a party to this case, indicated that it does not intend to bring a motion to seal, citing the Department of Energy's policy against commenting on the classification status or accuracy of potentially sensitive information in the public domain. Dkt. 51.