UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER TODD WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>LAWRENCE LIVERMORE NATIONAL SECURITY, LLC,<br><br>    Defendant. | Case No. 20-cv-03510-JCS<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION FOR SANCTIONS**<br><br>Re: Dkt. No. 110 |

Plaintiff Peter Todd Williams, pro se, moves for sanctions against Defendant Lawrence Livermore National Security, LLC for a purported failure to comply with discovery obligations. Section E paragraph 9 of the Court's standing order, attached, sets forth the mandatory procedure for raising discovery disputes. Williams has not followed that procedure here. The motion for sanctions is therefore DENIED, without prejudice to the parties filing a joint letter *after* meeting and conferring in a good faith effort to resolve the dispute as required by the standing order.[1]

**IT IS SO ORDERED.**

Dated: September 26, 2022

JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] The parties have consented to the jurisdiction of a magistrate judge for all purposes under 28 U.S.C. § 636(c).